**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERROL FERRYMAN,**<br>*Plaintiff,*<br><br>**v.**<br><br>**CITY OF PHILADELPHIA**<br>**LAW DEPARTMENT, *et al.*,**<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 25-7190** |

**ORDER**

**AND NOW,** this 9th day of November 2026, upon consideration of the *motion to dismiss*, (ECF 6), filed by Defendants City of Philadelphia Law Department and Philadelphia Police Officer Shaun Turner, ("Defendant Turner"), (collectively, "Defendants"), Plaintiff's response in opposition, (ECF 7), and Defendants' reply, (ECF 8), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Defendants' the motion to dismiss is **GRANTED**, with respect to Plaintiff's state law, *Monell,* and supervisory liability claims asserted at Counts II, III, and IV of the complaint. Accordingly, these claims are **DISMISSED** against all Defendants; and,
2. Defendants' motion to dismiss is **DENIED**, as to Plaintiff's § 1983 claims asserted against Defendant Turner at Count I of the complaint. Accordingly, Defendant Turner shall file an answer to the Plaintiffs' complaint within fourteen (14) days of the date of this Order.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*____________
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*